# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**METAVANTE CORPORATION,**

**Plaintiff,**

**v.**

**PROXYMED, INC. d/b/a**
**MEDAVANT HEALTHCARE SOLUTIONS,**          **Case No. 05-C-1275**
**SCHWARTZ COMMUNICATIONS, INC.,**
**TRUEBRAND, AND**
**JOHN G. LETTKO,**

**Defendants.**

---

## ORDER OF DISMISSAL

---

The parties hereto consent to the entry of the following order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     This Court has jurisdiction over the parties and the subject matter of this action.

2.     A written Settlement Agreement was executed by all Parties except Schwartz Communications, Inc. and True Brand pursuant to which the claims asserted by Plaintiff Metavante Corporation against Defendants ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions, Schwartz Communications, Inc., True Brand, and John G. Lettko and the counterclaims asserted by ProxyMed, Inc. d/b/a MedAvant Healthcare Solutions against Metavante Corporation are dismissed with prejudice on their merits without costs to any party.

3.    As requested by the parties, the Court shall retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

4.    The claims asserted by Schwartz Communication, Inc. against ProxyMed, Inc. d/b/a Medavant Healthcare Solutions are not dismissed by this Order.

5.    Each party is to bear its own costs and attorneys' fees.

BY THE COURT:


Dated:  November 3, 2006                    s/ Rudolph T. Randa
                                            The Honorable Rudolph T. Randa
                                            Chief Judge