# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**METAVANTE CORPORATION,**

      **Plaintiff,**

v.                                             **Case No. 05-C-1275**

**PROXYMED, INC., d/b/a
MEDAVANT HEALTHCARE
SOLUTIONS, SCHWARTZ
COMMUNICATIONS, INC.,
TRUEBRAND, and JOHN G. LETTKO,**

      **Defendants.**

## DECISION AND ORDER

On November 3, 2006, this Court accepted a Stipulation for Dismissal that dismissed all of the claims except for the cross-claim that Schwartz Communications, Inc. ("Schwartz") filed against ProxyMed, Inc., d/b/a MedAvant Healthcare Solutions ("ProxyMed"). The cross-claim alleged that ProxyMed is liable for two claims of breach of contract and that Schwartz ought to be awarded at least $35,000.00 in damages, plus attorneys' fees. This Court had supplemental jurisdiction over the cross-claim pursuant to 28 U.S.C. § 1367(a).

However, now that all of the claims over which the Court had original jurisdiction are dismissed, the Court will also dismiss the remaining state law cross-claim for lack of

1

jurisdiction. *See Wright v. Associated Ins. Comps., Inc.*, 29 F.3d 1244, 1251 (7th Cir. 1994).

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Schwartz's Cross-Claim Against ProxyMed (Docket No. 99) is **DISMISSED**, without prejudice.

The clerk is directed to enter judgment and dismiss this case accordingly.

Dated at Milwaukee, Wisconsin this 7th day of November, 2006.

                                               **BY THE COURT**

                                               s/ Rudolph T. Randa

                                               _____
                                               **Hon. Rudolph T. Randa**
                                               **Chief Judge**