# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SCHWARTZ COMMUNICATIONS, INC.,**

        Cross-claimant,

    V.                               CASE NUMBER: **05-C-1275**

**PROXYMED, INC.,**
**d/b/a METAVANT HEALTHCARE SOLUTIONS,**

        Cross-defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the cross-claims against ProxyMed, Inc., d/b/a Metavant Healthcare Solutions by cross-claimant Schwartz Communications, Inc. are DISMISSED WITH PREJUDICE for lack of jurisdiction.**
**This action is hereby DISMISSED.**

    **November 8, 2006**
Date                                                                    Clerk

     s/ Linda M. Zik
    (By) Deputy Clerk