# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                          **AMENDED**
                               **JUDGMENT IN A CIVIL CASE**

**SCHWARTZ COMMUNICATIONS, INC.,**

        Cross-claimant,

       V.                                      CASE NUMBER: **05-C-1275**

**PROXYMED, INC.,**
**d/b/a METAVANT HEALTHCARE SOLUTIONS,**

        Cross-defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED **that the cross-claims against ProxyMed, Inc., d/b/a Metavant Healthcare Solutions by cross-claimant Schwartz Communications, Inc. are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.**
**This action is hereby DISMISSED.**

     **November 15, 2006**
Date                                                              Clerk

                                                                               s/ Linda M. Zik
                                                                             (By) Deputy Clerk